IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THOMAS E. PEREZ,                           )
Secretary of Labor,                        )
United States Department of Labor,         )
                                           )
            Plaintiff,                      )
                                           )
      v.                                    )            1:15CV519
                                           )
VESUVIO'S PIZZA & SUBS 2, INC. d/b/a        )
VESUVIO'S II PIZZA & GRILL, INC.,           )
GIOVANNI SCOTTI D'ABBUSCO, an               )
individual and in his official capacity, and )
ALFREDO CAPUANO, an individual and          )
in his official capacity,                   )
                                           )
            Defendants.                     )

## ORDER

This matter is before the Court on the Joint Motion to Approve Settlement ("Joint

Motion") (ECF No. 40) of Defendants Vesuvio's II Pizza & Grill, Inc. ("Vesuvio's"),

Alfredo Capuano, and Giovanni Scotti D'Abbusco (collectively referred to as "Defendants")

and Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor's

("Plaintiff"). Having reviewed and considered the Parties' Joint Motion, and it appearing

that the Parties agree and consent to the entry of this Order,

IT IS HEREBY ORDERED that the agreement is entered as the Order and

Judgment of this Court.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that a JUDGMENT

is entered against Defendants Scotti D'Abbusco and Vesuvio's for compensatory damages in

the total amount of $70,000.00 as agreed by the parties.  The Clerk of Court is directed to close this case.

This, the 5th day of August, 2016.

\_\_\_\_/s/ Loretta C. Biggs\_\_\_\_
United States District Judge